IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRYAN DEAN WOMACK,<br><br>　　　　Petitioner,<br><br>v.<br><br>ROBERT PATTON, DOC Director,<br><br>　　　　Respondent. | Case No. CIV-11-372-RAW-KEW |

### ORDER

On January 23, 2015, the United States Magistrate Judge filed a Report and Recommendation, recommending that this action (commenced by the Petitioner Womack's filing of a Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254) be in all respects dismissed. On February 6, 2015, Petitioner Womack filed an objection to the Report & Recommendation.

After a *de novo* review, and construing Petitioner Womack's *pro se* filings liberally, the court finds that the Magistrate Judge's Report and Recommendation is well-supported by the evidence and the prevailing legal authority. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. Petitioner Womack's petition pursuant to 28 U.S.C. § 2254 is hereby DISMISSED.

IT IS SO ORDERED this 24th day of February, 2015.

**Dated this 24th day of February, 2015.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma